FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

MAY 22 2007 PM12:16

W. YVONNE EVANS,
CLERK

BY
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:                          :        Case No. 07-66511
                                :
M & A HOMES, LLC,               :        Chapter 11
                                :
        Debtor.                 :        Judge Bonapfel
                                :
_____ :

**DEBTOR'S LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS –
AMENDED; STATEMENT OF FINANCIAL AFFAIRS; SCHEDULES A, B, D, E, F,
G, AND H; SUMMARY OF SCHEDULES; STATISTICAL SUMMARY OF CERTAIN
LIABILITIES AND RELATED DATA (28 U.S.C. § 159); AND SUPPLEMENTAL
MATRIX**

        The Debtor hereby files the attached List Of Creditors
Holding 20 Largest Unsecured Claims – Amended; Statement Of
Financial Affairs; Schedules A, B, D, E, F, G, and H; Summary Of
Schedules; Statistical Summary Of Certain Liabilities And Related
Data (28 U.S.C. § 159); and Supplemental Matrix.

Prepared and submitted by,
PAUL REECE MARR, P.C.
Debtor's counsel

By: _____
    Paul Reece Marr (471230)
    300 Galleria Pkwy; #960
    Atlanta, GA 30339
    770/984-2255

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re   M & A Homes, LLC

_____
Debtor(s)

Case No.   07-66511-pwb
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| SunBridge Capital<br>PO Box 870890<br>Kansas City, MO 64187-0890 | SunBridge Capital<br>PO Box 870890<br>Kansas City, MO 64187-0890 | 2007 Peterbilt 335 dump truck EZ52 | | 135,000.00<br><br>(90,000.00 secured) |
| BB&T Equipment Finance<br>PO Box 31273<br>Charlotte, NC 28231-1273 | BB&T Equipment Finance<br>PO Box 31273<br>Charlotte, NC 28231-1273 | 2007 Peterbilt 335 dump truck EZ53 | | 119,442.31<br><br>(90,000.00 secured) |
| Key Equipment Finance Inc<br>600 Travis Suite 1300<br>Houston, TX 77002 | Key Equipment Finance Inc<br>600 Travis Suite 1300<br>Houston, TX 77002 | 2007 Mack CL733 dump truck EZT1 | | 135,186.01<br><br>(120,000.00 secured) |
| Pentech Financial Services Inc<br>PO Box 712492<br>Cincinnati, OH 45271 | Pentech Financial Services Inc<br>PO Box 712492<br>Cincinnati, OH 45271 | 2003 Mack CV713 dump truck EZ02 | | 93,741.00<br><br>(79,000.00 secured) |
| Trinity<br>PO Box 515487<br>Los Angeles, CA 90051-6787 | Trinity<br>PO Box 515487<br>Los Angeles, CA 90051-6787 | 2006 Peterbilt 335 dump truck EZ51 | | 90,000.00<br><br>(80,000.00 secured) |
| Hitachi Capital America Corp<br>21925 Network Place<br>Chicago, IL 60673-1219 | Hitachi Capital America Corp<br>21925 Network Place<br>Chicago, IL 60673-1219 | 2006 LKING 503 dump truck EZTR | | 63,022.28<br><br>(60,000.00 secured) |
| 890, LLC<br>c/o Seth G. Weissman, Reg Agnt<br>3500 Lenox Road; 4th Floor<br>Atlanta, GA 30326 | 890, LLC<br>c/o Seth G. Weissman, Reg Agnt<br>3500 Lenox Road; 4th Floor<br>Atlanta, GA 30326 | judgment lien | | 4,290,000.00<br><br>(Unknown secured) |

In re  __M & A Homes, LLC__                                          Case No.    __07-66511-pwb__

_Debtor(s)_

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Augustus Stager**<br>**95 Enterprise Drive**<br>**Ann Arbor, MI 48103** | **Augustus Stager**<br>**95 Enterprise Drive**<br>**Ann Arbor, MI 48103** | **25 Ormond Street, Atlanta, GA 30312; 45 Ormond Street, Atlanta, GA 30312; 154 Walker Street SW, Atlanta, GA 30303; 14-0085-0010-019 Gregg Street, Atla** | | **325,000.00**<br><br>**(1,519,500.00 secured)** |
| **Bobbie Malone**<br>**441 Winters Park Lane**<br>**Powder Springs, GA 30127** | **Bobbie Malone**<br>**441 Winters Park Lane**<br>**Powder Springs, GA 30127** | **154 Walker Street SW, Atlanta, GA 30303** | | **9,000.00**<br><br>**(699,000.00 secured)** |
| **Bobby K. Hilliard**<br>**6255 Campbleton Road**<br>**Atlanta, GA 30331** | **Bobby K. Hilliard**<br>**6255 Campbleton Road**<br>**Atlanta, GA 30331** | **154 Walker Street SW, Atlanta, GA 30303** | | **80,000.00**<br><br>**(699,000.00 secured)** |
| **Brad Mitchell**<br>**Tehuti Hetep Enterprises, Inc.**<br>**1509 Golf Link Drive**<br>**Stone Mountain, GA 30088** | **Brad Mitchell**<br>**Tehuti Hetep Enterprises, Inc.**<br>**1509 Golf Link Drive**<br>**Stone Mountain, GA 30088** | **154 Walker Street SW, Atlanta, GA 30303** | | **30,000.00**<br><br>**(699,000.00 secured)** |
| **Bruce Bastian**<br>**1830 Ontario Place**<br>**Washington, DC 20009** | **Bruce Bastian**<br>**1830 Ontario Place**<br>**Washington, DC 20009** | **14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312** | | **50,000.00**<br><br>**(300,000.00 secured)** |
| **Capital Mortgage Corporation**<br>**102 Hammond Drive**<br>**Atlanta, GA 30328** | **Capital Mortgage Corporation**<br>**102 Hammond Drive**<br>**Atlanta, GA 30328** | **4557 Chamblee-Tucker Road, Tucker, GA 30084; 25 and 45 Ormond Street, Atlanta, GA 30312; 154 Walker Street SW, Atlatna, GA 30303; 14-0085-0010-019 Gre** | | **141,000.00**<br><br>**(1,464,000.00 secured)** |
| **David Lindenauer**<br>**3645 Beach Drive Blvd.**<br>**Edgewater, MD 21037** | **David Lindenauer**<br>**3645 Beach Drive Blvd.**<br>**Edgewater, MD 21037** | **14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312** | | **100,000.00**<br><br>**(300,000.00 secured)** |
| **Dolores F. Stern**<br>**20191 E. Country Club Drive #1709**<br>**Miami, FL 33180** | **Dolores F. Stern**<br>**20191 E. Country Club Drive #1709**<br>**Miami, FL 33180** | **14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312** | | **50,000.00**<br><br>**(300,000.00 secured)** |

In re **M & A Homes, LLC** _____    Case No.    **07-66511-pwb** _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Ed Hicks**<br>**47786 Tupele Ct.**<br>**Sterling, VA 20165** | **Ed Hicks**<br>**47786 Tupele Ct.**<br>**Sterling, VA 20165** | **14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312** | | **100,000.00**<br><br>**(300,000.00 secured)** |
| **First Financial Funding, Inc.**<br>**102 Hammond Drive**<br>**Atlanta, GA 30328** | **First Financial Funding, Inc.**<br>**102 Hammond Drive**<br>**Atlanta, GA 30328** | **4557 Chamblee-Tucker Road, Tucker, GA 30084; 25 and 45 Ormond Street, Atlanta, GA 30312; 154 Walker Street SW, Atlatna, GA 30303; 14-0085-0010-019 Gre** | | **545,399.00**<br><br>**(1,465,000.00 secured)** |
| **Francois Bitz**<br>**1640 Pleasant Hill Rd.**<br>**Baden, PA 15005** | **Francois Bitz**<br>**1640 Pleasant Hill Rd.**<br>**Baden, PA 15005** | **25 Ormond Street, Atlanta, GA 30312; 45 Ormond Street, Atlanta, GA 30312; 154 Walker Street SW, Atlanta, GA 30303; 14-0085-0010-019 Gregg Street, Atla** | | **200,000.00**<br><br>**(1,519,500.00 secured)** |
| **Francois Bitz**<br>**1640 Pleasant Hill Rd.**<br>**Baden, PA 15005** | **Francois Bitz**<br>**1640 Pleasant Hill Rd.**<br>**Baden, PA 15005** | **25 Ormond Street, Atlanta, GA 30312; 45 Ormond Street, Atlanta, GA 30312; 154 Walker Street SW, Atlanta, GA 30303; 14-0085-0010-019 Gregg Street, Atla** | | **260,000.00**<br><br>**(1,519,500.00 secured)** |
| **Frank T. Shull IV**<br>**Maryland Financial Consultants**<br>**1040 Stable Lane**<br>**Potomac, MD 20854** | **Frank T. Shull IV**<br>**Maryland Financial Consultants**<br>**1040 Stable Lane**<br>**Potomac, MD 20854** | **14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312** | | **Unknown**<br><br>**(849,150.00 secured)** |

8

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing document(s) and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____5/21/2007_____     Signature _____

Marshall C. Ezell, III
Managing Member

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Official Form 7
(10/05)

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re  **M & A Homes, LLC** _____    Case No.  **07-66511-pwb**
_____ Debtor(s)    Chapter  **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2007 revenue** |
| **$250,000.00** | **2006 estimated revenue** |
| **$1,886,020.00** | **2005 revenue** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

2

**3. Payments to creditors**

None ■ *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■ b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■ c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Kerry Moynihan v. V & A Homes, LLC and Marshall Ezell, CV No. 05-CV-1116** | **suit on secured promissory note** | **Superior Court of DeKalb County, GA** | **Consent Order and Judgment entered 05/31/2006** |
| **890, LLC vs. M & A Homes, LLC** | | | **judgment** |
| **Sunbridge Capital, Inc. vs. M & A Homes, LLC and Marshall C. Ezell, Jr., 07VF003679J** | **Foreclosure of Personal Property** | **State Court of Fulton County, GA** | **filed 04/06/2007** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a **deed in lieu of foreclosure** or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Paul Reece Marr, P.C.** **Suite 960** **300 Galleria Parkway** **Atlanta, GA 30339** | **4/4/2007 - 4/25/2007 Marshall Ezell** | **$10,000.00 retainer + $1,039.00 filing fee** |

4

#### 10. Other transfers

None □ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Mitchell G. Weatherly<br>Matthew J. Meeks<br>Jonathan A. Meadows<br>631 Dawsonville Hwy<br>Gainesville, GA 30501<br>none | 5/20/2005 | 39 Weymon Avenue, Atlanta, Fulton County, GA 30315. $300,000.00 contract sales price, $142,060.04 cash to seller |
| Phalance Burkhalger<br>David Matthews<br>20102 Campaign Drive<br>Carson, CA 90746<br>none | 10/7/2005 | 449 Windsor Street, Atlanta, Fulton County, Georgia, $77,000.00 contract sales price, $49,158.26 cash to seller |
| Phalance Burkhalger<br>David Matthews<br>20102 Campaign Drive<br>Carson, CA 90746<br>none | 10/7/2005 | 459 Windsor Street, Atlanta, GA 30312, $72,500.00 contract sales price, $49,880.71 cash to seller |
| K & S Auto Sales<br>16485 County Road 59<br>Woodland, AL 36280<br>none | 5/26/2005 | 2000 Pitts low boy trailer, sold for $21,250.00 |
| unknown<br>none | 5/16/2005 | 1996 Western Star T/A truck tractor, 3406B Cat, sold for $20,000.00 |
| unknown<br>none | 5/13/2005 | Hyundai R210LC-7 sold for $90,000.00 |
| Lilburn Motor Sales<br>Liblburn, GA<br>none | 6/28/2005 | 2004 Toyota Scion XB sold for $9,750.00 |
| unknown<br>none | 6/28/2005 | 2005 Chevrolet C-3500 flatbed truck, sold for $4,850.00 |
| unknown<br>none | 5/19/2005 | 1995 Bobcat 853 Skid Steer Loader sold for $6,005.00 |
| unknown<br>none | 7/20/2005 | John Deere 310A Loader Backhoe sold for $7,000.00 |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of America** | **checking account closed approx. 3/2007, nominal closing balance** | |
| **Bank of America** | **checking account closed approx. 11/2006, nominal closing balance** | |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or

owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■     a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

None
■     b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                          DATES SERVICES RENDERED

None
■     c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None
■     d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                           DATE ISSUED

### 20. Inventories

None
■     a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None
■     b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY | RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■     a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None
☐     b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
|  |  | OF STOCK OWNERSHIP |
| NAME AND ADDRESS | TITLE | |
| **Marshal C. Ezell III** | **Managing Member** | **100%** |
| **4557 Chamblee Tucker  Road** | | |
| **Tucker, GA 30084** | | |

8

**22 . Former partners, officers, directors and shareholders**

None ■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None ■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

8

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date  _5/21/2007_          Signature  _____

                                        Marshall C. Ezell, III
                                        **Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6A
(10/05)

In re  **M & A Homes, LLC**  Case No. __07-66511-pwb__
_____
Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 25 Ormond Street, Atlanta, GA 30312 | fee simple | - | 141,000.00 | 1,519,500.00 |
| 45 Ormond Street, Atlanta, GA 30312 | fee simple | - | 100,000.00 | 1,519,500.00 |
| 154 Walker Street SW, Atlanta, GA 30303 | fee simple | - | 699,000.00 | 1,519,500.00 |
| 14-0085-0010-019 Gregg Street, Atlanta, GA 30312 | fee simple | - | 150,000.00 | 1,519,500.00 |
| 72 Gregg Street, Atlanta, GA 30312 | fee simple | - | 150,000.00 | 1,519,500.00 |
| 33 Ormond Street, Atlanta, GA 30312 | fee simple | - | 100,000.00 | 525,000.00 |
| 4557 Chamblee-Tucker Road, Tucker, GA 30084 | fee simple | - | 225,000.00 | 545,399.00 |

| | | | | |
|---|---|---|---|---|
| | Sub-Total > | 1,565,000.00 | (Total of this page) |
| | Total > | 1,565,000.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6B
(10/05)

In re    **M & A Homes, LLC**                                              Case No.    __07-66511-pwb__
_____
Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

Form B6B
(10/05)

In re  **M & A Homes, LLC**                                              Case No.   __07-66511-pwb__
                                                           Debtor

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                        Sub-Total >            0.00
                                                  (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6B
(10/05)

In re   **M & A Homes, LLC**                                          Case No.   **07-66511-pwb**
_____
                              Debtor

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Mack VC713 dump truck EZ01 | - | 112,000.00 |
| | | 2003 Mack CV713 dump truck EZ02 | - | 79,000.00 |
| | | 2006 Mack CV713 dump truck EZ03 | - | 112,000.00 |
| | | 2006 Mack CV713 dump truck EZ04 | - | 112,000.00 |
| | | 2007 Mack CV713 dump truck EZ12 | - | 116,000.00 |
| | | 2007 Mack CV713 dump truck EZ13 | - | 116,000.00 |
| | | 2007 Mack CV713 dump truck EZ14 | - | 118,000.00 |
| | | 2007 Mack CV713 dump truck EZ16 | - | 120,000.00 |
| | | 2006 Peterbilt 335 dump truck EZ51 | - | 80,000.00 |
| | | 2007 Peterbilt 335 dump truck EZ52 | - | 90,000.00 |
| | | 2007 Peterbilt 335 dump truck EZ53 | - | 90,000.00 |
| | | 2007 Mack CL733 dump truck EZT1 | - | 120,000.00 |
| | | 2006 LKING 503 dump truck EZTR | - | 60,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total >   1,325,000.00
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6B
(10/05)

In re   **M & A Homes, LLC**                                        Case No.   **07-66511-pwb**
_____
Debtor

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 1,325,000.00 |

Sheet   __3__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6D (10/06)

In re   **M & A Homes, LLC**                                    Case No.   **07-66511-pwb**
                                              Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | additional notice address | | | | | |
| 890, LLC c/o Candice Smith, Esq. 1201 West Peachtree Street Atlanta, GA 30309-3424 | | | | | | | | | |
| | | | | Value $                0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | judgment lien | | | | | |
| 890, LLC c/o Seth G. Weissman, Reg Agnt 3500 Lenox Road; 4th Floor Atlanta, GA 30326 | | | | | | | | | |
| | | | | Value $          Unknown | | | | 4,290,000.00 | Unknown |
| Account No. | | | | deed to secure debt 25 Ormond Street, Atlanta, GA 30312; 45 Ormond Street, Atlanta, GA 30312; 154 Walker Street SW, Atlanta, GA 30303; 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 | | | | | |
| Augustus Stager 95 Enterprise Drive Ann Arbor, MI 48103 | | | | | | | | | |
| | | | | Value $          1,519,500.00 | | | | 130,000.00 | Unknown |
| Account No. | | | | deed to secure debt 25 Ormond Street, Atlanta, GA 30312; 45 Ormond Street, Atlanta, GA 30312; 154 Walker Street SW, Atlanta, GA 30303; 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 | | | | | |
| Augustus Stager 2550 Scio Road Dexter, MI 48130 | | | | | | | | | |
| | | | | Value $          1,519,500.00 | | | | 195,000.00 | Unknown |
| **12**   continuation sheets attached | | | | Subtotal (Total of this page) | | | | 4,615,000.00 | 0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

Official Form 6D (10/06) - Cont.

In re __M & A Homes, LLC_____          Case No. __07-66511-pwb_____

                                          Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 61894LN18063 | | | 8/24/2006 | | | | | |
| BB&T Equipment Finance PO Box 31273 Charlotte, NC 28231-1273 | X | - | title lien<br><br>2007 Peterbilt 335 dump truck EZ53 | | | | | |
| | | | Value $         90,000.00 | | | | 119,442.31 | 29,442.31 |
| Account No. | | | deed to secure debt | | | | | |
| Bobbie Malone 441 Winters Park Lane Powder Springs, GA 30127 | | - | 154 Walker Street SW, Atlanta, GA 30303 | | | | | |
| | | | Value $         699,000.00 | | | | 9,000.00 | Unknown |
| Account No. | | | deed to secure debt | | | | | |
| Bobby K. Hilliard 6255 Campbleton Road Atlanta, GA 30331 | | - | 154 Walker Street SW, Atlanta, GA 30303 | | | | | |
| | | | Value $         699,000.00 | | | | 80,000.00 | Unknown |
| Account No. | | | deed to secure debt | | | | | |
| Brad Mitchell Tehuti Hetep Enterprises, Inc. 1509 Golf Link Drive Stone Mountain, GA 30088 | | - | 154 Walker Street SW, Atlanta, GA 30303 | | | | | |
| | | | Value $         699,000.00 | | | | 30,000.00 | Unknown |
| Account No. | | | deed to secure debt | | | | | |
| Bruce Bastian 1830 Ontario Place Washington, DC 20009 | | - | 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 | | | | | |
| | | | Value $         300,000.00 | | | | 50,000.00 | Unknown |

Sheet __1__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     | 288,442.31 | 29,442.31 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6D (10/06) - Cont.

In re __M & A Homes, LLC__ Case No. __07-66511-pwb__
_____
Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | deed to secure debt 4557 Chamblee-Tucker Road, Tucker, GA 30084; 25 and 45 Ormond Street, Atlanta, GA 30312; 154 Walker Street SW, Atlatna, GA 30303; 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 | | | | | |
| Capital Mortgage Corporation 102 Hammond Drive Atlanta, GA 30328 | | | | - | | | | | | |
| | | | | | Value $            1,464,000.00 | | | | 141,000.00 | Unknown |
| Account No. 121-0120817-000 | | | | | 6/5/2006 | | | | | |
| CitiCapital PO Box 6229 Carol Stream, IL 60197-6229 | X | | | - | title lien 2007 Mack CV713 dump truck EZ14 | | | | | |
| | | | | | Value $            118,000.00 | | | | 102,000.00 | 0.00 |
| Account No. | | | | | deed to secure debt | | | | | |
| David Lindenauer 3645 Beach Drive Blvd. Edgewater, MD 21037 | | | | - | 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 | | | | | |
| | | | | | Value $            300,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | | | deed to secure debt | | | | | |
| Dolores F. Stern 20191 E. Country Club Drive #1709 Miami, FL 33180 | | | | - | 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 | | | | | |
| | | | | | Value $            300,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | deed to secure debt | | | | | |
| Ed Hicks 47786 Tupele Ct. Sterling, VA 20165 | | | | - | 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 | | | | | |
| | | | | | Value $            300,000.00 | | | | 100,000.00 | Unknown |

Sheet __2__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 493,000.00 | 0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6D (10/06) - Cont.

In re    **M & A Homes, LLC**                                    Case No.    **07-66511-pwb**
_____
Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No. 678180-001** | | | 11/2/2006 | | | | | |
| Equilease Financial Services 50 Washington Street South Norwalk, CT 06845 | X | - | title lien 2007 Mack CV713 dump truck EZ16 | | | | | |
| | | | Value $            120,000.00 | | | | 105,000.00 | 0.00 |
| **Account No.** | | | deed to secure debt 4557 Chamblee-Tucker Road, Tucker, GA 30084; 25 and 45 Ormond Street, Atlanta, GA 30312; 154 Walker Street SW, Atlatna, GA 30303; 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 | | | | | |
| First Financial Funding, Inc. 102 Hammond Drive Atlanta, GA 30328 | | - | | | | | | |
| | | | Value $          1,465,000.00 | | | | 545,399.00 | Unknown |
| **Account No.** | | | deed to secure debt 25 Ormond Street, Atlanta, GA 30312; 45 Ormond Street, Atlanta, GA 30312; 154 Walker Street SW, Atlanta, GA 30303; 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 | | | | | |
| Francois Bitz 1640 Pleasant Hill Rd. Baden, PA 15005 | | - | | | | | | |
| | | | Value $          1,519,500.00 | | | | 200,000.00 | Unknown |
| **Account No.** | | | deed to secure debt 25 Ormond Street, Atlanta, GA 30312; 45 Ormond Street, Atlanta, GA 30312; 154 Walker Street SW, Atlanta, GA 30303; 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 | | | | | |
| Francois Bitz 1640 Pleasant Hill Rd. Baden, PA 15005 | | - | | | | | | |
| | | | Value $          1,519,500.00 | | | | 260,000.00 | Unknown |
| **Account No.** | | | deed to secure debt 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 | | | | | |
| Frank T. Shull IV Maryland Financial Consultants 1040 Stable Lane Potomac, MD 20854 | | - | | | | | | |
| | | | Value $            849,150.00 | | | | Unknown | Unknown |

Sheet **3** of **12** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)         | 1,110,399.00 | 0.00 |

Official Form 6D (10/06) - Cont.

In re **M & A Homes, LLC**          Case No. **07-66511-pwb**

_____
Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Greg Feldman <br> 3908 Rosemary Street <br> Chevy Chase, MD 20815 | | - | deed to secure debt <br><br> 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 <br><br> Value $      300,000.00 | | | | 100,000.00 | Unknown |
| Account No. 003-0037512-001 <br><br> Hitachi Capital America Corp <br> 21925 Network Place <br> Chicago, IL 60673-1219 | X | - | title lien <br><br> 2006 LKING 503 dump truck EZTR <br><br> Value $      60,000.00 | | | | 63,022.28 | 3,022.28 |
| Account No. <br><br> J. Eric Joseph <br> 216 West Street NW <br> Vienna, VA 22180 | | - | deed to secure debt <br><br> 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 <br><br> Value $      300,000.00 | | | | 50,000.00 | Unknown |
| Account No. <br><br> Jane P. Sturgis <br> 4806 Davron Street <br> Laurel, MD 20707 | | - | deed to sedcure debt <br><br> 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 <br><br> Value $      300,000.00 | | | | 100,000.00 | Unknown |
| Account No. <br><br> Jerry Halpin <br> 1600 Anderson Road <br> Mc Lean, VA 22102 | | - | deed to secure debt <br><br> 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 <br><br> Value $      300,000.00 | | | | 300,000.00 | Unknown |

Sheet **4** of **12** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 613,022.28 | 3,022.28 |

Official Form 6D (10/06) - Cont.

In re    **M & A Homes, LLC**                                          Case No.    **07-66511-pwb**
_____
                            Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | deed to secure debt | | | | | |
| John F. Metcalfe<br>5095 Kings Road<br>Saint Leonard, MD 20685 | | | - | | 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 | | | | | |
| | | | | | Value $          300,000.00 | | | | 200,000.00 | Unknown |
| Account No. | | | | | deed to secure debt | | | | | |
| John Straczek | | | - | | 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 | | | | | |
| | | | | | Value $          300,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | deed to secure debt | | | | | |
| Johnny B. Wilson<br>106 Oklahoma Avenue<br>Warner Robins, GA 31093 | | | - | | 154 Walker Street SW, Atlanta, GA 30303 | | | | | |
| | | | | | Value $          699,000.00 | | | | 5,000.00 | Unknown |
| Account No. | | | | | deed to secure debt | | | | | |
| Joseph J. Labadia<br>924 Kings Court NE<br>Atlanta, GA 30306 | | | - | | 25 Ormond Street, Atlanta, GA 30312; 45 Ormond Street, Atlanta, GA 30312; 154 Walker Street SW, Atlanta, GA 30303; 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 | | | | | |
| | | | | | Value $        1,519,500.00 | | | | Unknown | Unknown |
| Account No. | | | | | deed to secure debt on 33 Ormond Street, Atlanta, GA 30312; and Consent Order and Judgment filed 05/31/2006 DeKalb County records | | | | | |
| Kerry Moynihan<br>1574 Villa Lane<br>Mc Lean, VA 22101 | | | - | | | | | | | |
| | | | | | Value $          100,000.00 | | | | 525,000.00 | Unknown |

Sheet **5** of **12** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                780,000.00          0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Official Form 6D (10/06) - Cont.

In re **M & A Homes, LLC**                                    Case No.    **07-66511-pwb**
                                    Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | additional notice address | | | | | |
| Kerry Moynihan c/o David W. Cranshaw, Esq. 3343 Peachtree Road, NE; #1600 Atlanta, GA 30326 | | - | | | | | | | | |
| | | | | | Value $                     0.00 | | | | 0.00 | 0.00 |
| Account No. 591115782 | | | | | title lien 2007 Mack CL733 dump truck EZT1 | | | | | |
| Key Equipment Finance Inc 600 Travis Suite 1300 Houston, TX 77002 | X | - | | | | | | | | |
| | | | | | Value $               120,000.00 | | | | 135,186.01 | 15,186.01 |
| Account No. | | | | | deed to secure debt | | | | | |
| Kingman B. & Ann M. Brown 8903 Bells Mill Road Potomac, MD 20854 | | | | | 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 | | | | | |
| | | | | | Value $               300,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | | | deed to secure debt | | | | | |
| Kirshnan Rajagopalan 9429 Spruce Tree Circle Bethesda, MD 20814 | | | | | 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 | | | | | |
| | | | | | Value $               300,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | deed to secure debt | | | | | |
| Linda Brown 55 Hunters Crossing Covington, GA 30016 | | - | | | 154 Walker Street SW, Atlanta, GA 30303 | | | | | |
| | | | | | Value $               699,000.00 | | | | 5,000.00 | Unknown |

Sheet **6** of **12** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          290,186.01          15,186.01

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6D (10/06) - Cont.

In re   **M & A Homes, LLC**                                                      Case No.   **07-66511-pwb**
                                        Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | deed to secure debt | | | | | |
| Linda Johnson 1235 Town & Country Rd. #2311 Orange, CA 92868 | | - | | 154 Walker Street SW, Atlanta, GA 30303 | | | | | |
| | | | | Value $            699,000.00 | | | | Unknown | Unknown |
| Account No. | | | | deed to secure debt | | | | | |
| Linda Johnson 1235 Town & Country Rd. #2311 Orange, CA 92868 | | - | | 154 Walker Street SW, Atlanta, GA 30303 | | | | | |
| | | | | Value $            699,000.00 | | | | Unknown | Unknown |
| Account No. 501-7538536-001 | | | | 9/21/2005 | | | | | |
| Mack Commercial Finance PO Box 7247-0236 Philadelphia, PA 19170-0236 | X | - | | title lien  2006 Mack CV713 dump truck EZ04 | | | | | |
| | | | | Value $            112,000.00 | | | | 94,163.72 | 0.00 |
| Account No. 501-7538536-006 | | | | 4/7/2006 | | | | | |
| Mack Commercial Finance PO Box 7247-0236 Philadelphia, PA 19170-0236 | X | - | | title lien  2007 Mack CV713 dump truck EZ12 | | | | | |
| | | | | Value $            116,000.00 | | | | 100,788.76 | 0.00 |
| Account No. 501-7538536-005 | | | | 4/7/2006 | | | | | |
| Mack Commercial Finance PO Box 7247-0236 Philadelphia, PA 19170-0236 | X | - | | title lien  2007 Mack CV713 dump truck EZ13 | | | | | |
| | | | | Value $            116,000.00 | | | | 100,378.16 | 0.00 |

Sheet  **7**   of  **12**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          **295,330.64**      **0.00**

Official Form 6D (10/06) - Cont.

In re  **M & A Homes, LLC**                                   Case No.   **07-66511-pwb**
_____
                        Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | deed to secure debt | | | | | |
| Mark P. Shaw 11052 Scotts Landing Road Laurel, MD 20723-2020 | | | | | 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 | | | | | |
| | | | | | Value $          300,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | deed to secure debt | | | | | |
| Michael Kane 1015 33rd Street Washington, DC 20007 | | | | | 25 Ormond Street, Atlanta, GA 30312; 45 Ormond Street, Atlanta, GA 30312; 154 Walker Street SW, Atlanta, GA 30303; 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 | | | | | |
| | | | | | Value $        1,519,500.00 | | | | 97,500.00 | Unknown |
| Account No. | | | | | 154 Walker Street SW, Atlanta, GA 30303 | | | | | |
| Morris Adams 40 Ellington Way Covington, GA 30016 | | | | | | | | | | |
| | | | | | Value $          699,000.00 | | | | 10,000.00 | Unknown |
| Account No. | | | | | deed to secure debt | | | | | |
| Pat Strauss 5812 Chevy Chase Pkwy Washington, DC 20015 | | | | | 25 Ormond Street, Atlanta, GA 30312; 45 Ormond Street, Atlanta, GA 30312; 154 Walker Street SW, Atlanta, GA 30303; 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 | | | | | |
| | | | | | Value $        1,519,500.00 | | | | Unknown | Unknown |
| Account No. | | | | | deed to secure debt | | | | | |
| Patsy Howard 1212 E. 149th Street Compton, CA 90220 | | | | | 154 Walker Street SW, Atlanta, GA 30303 | | | | | |
| | | | | | Value $          699,000.00 | | | | 10,000.00 | Unknown |

Sheet   **8**   of   **12**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          167,500.00          0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Official Form 6D (10/06) - Cont.

In re    **M & A Homes, LLC**                                          Case No.    **07-66511-pwb**
                                  Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Paul Wingate** | | **deed to secure debt**<br><br>**14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312**<br><br>Value $          300,000.00 | | | | 100,000.00 | Unknown |
| Account No. **12673**<br><br>**Pentech Financial Services Inc**<br>**PO Box 712492**<br>**Cincinnati, OH 45271** | X | **8/17/2005**<br><br>**title lien**<br><br>**2003 Mack CV713 dump truck EZ02**<br><br>Value $           79,000.00 | | | | 93,741.00 | 14,741.00 |
| Account No.<br><br>**Raymond A. Serway**<br>**18379 Inverrary Circle**<br>**Leesburg, VA 20176** | | **deed to secure debt**<br><br>**14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312**<br><br>Value $          300,000.00 | | | | 100,000.00 | Unknown |
| Account No.<br><br>**Renny Perdue**<br>**1584 Brass Lantern Way**<br>**Reston, VA 20194** | | **deed to secure debt**<br><br>**14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312**<br><br>Value $          300,000.00 | | | | 50,000.00 | Unknown |
| Account No.<br><br>**Richard C. Mattingly**<br>**5202 Grinnell Street**<br>**Fairfax, VA 22032** | | **deed to secure debt**<br><br>**14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312**<br><br>Value $          300,000.00 | | | | 100,000.00 | Unknown |

Sheet **9** of **12** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 443,741.00 | 14,741.00 |

Official Form 6D (10/06) - Cont.

In re  **M & A Homes, LLC**                                                    Case No.   **07-66511-pwb**
                                                    Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Robert D. Perholtz**<br>**7095 SE Twin Oaks Circle**<br>**Stuart, FL 34997** | | - | deed to secure debt<br><br>**14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312**<br><br>Value $          **300,000.00** | | | | 50,000.00 | Unknown |
| Account No.<br><br>**Roman Matijkiw**<br>**1125 Walker Road**<br>**Great Falls, VA 22066** | | - | deedto secure debt<br>**25 Ormond Street, Atlanta, GA 30312; 45 Ormond Street, Atlanta, GA 30312; 154 Walker Street SW, Atlanta, GA 30303; 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312**<br><br>Value $        **1,519,500.00** | | | | 130,000.00 | Unknown |
| Account No.<br><br>**Roman Matijkiw**<br>**1125 Walker Road**<br>**Great Falls, VA 22066** | | - | deedto secure debt<br>**25 Ormond Street, Atlanta, GA 30312; 45 Ormond Street, Atlanta, GA 30312; 154 Walker Street SW, Atlanta, GA 30303; 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312**<br><br>Value $               **0.00** | | | | 195,000.00 | Unknown |
| Account No.<br><br>**Russ Wilson**<br>**785 West Elati Circle**<br>**Littleton, CO 80120** | | - | deed to secure debt<br>**25 Ormond Street, Atlanta, GA 30312; 45 Ormond Street, Atlanta, GA 30312; 154 Walker Street SW, Atlanta, GA 30303; 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312**<br><br>Value $        **1,519,500.00** | | | | 260,000.00 | Unknown |
| Account No. **002-001**<br><br>**Santa Barbara Bank & Trust Leasing Division**<br>**PO Box 60607**<br>**Santa Barbara, CA 93160-0607** | X | - | 9/8/2005<br><br>title lien<br><br>**2006 Mack CV713 dump truck EZ03**<br><br>Value $          **112,000.00** | | | | 105,000.00 | 0.00 |

Sheet ___**10**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                    **740,000.00**      **0.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6D (10/06) - Cont.

In re   **M & A Homes, LLC**                                    Case No.   **07-66511-pwb**
                                        Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No. | | | deed to secure debt | | | | | |
| Scott Zarkiewicz 9 South Hollybrook Toms River, NJ 08753 | | - | | | | | | |
| | | | Value $        1,519,500.00 | | | | 65,000.00 | Unknown |
| Account No. | | | deed to secure debt 25 Ormond Street, Atlanta, GA 30312; 45 Ormond Street, Atlanta, GA 30312; 154 Walker Street SW, Atlanta, GA 30303; 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 | | | | | |
| Scott Zarkiewicz 9 South Hollybrook Toms River, NJ 08753 | | - | | | | | | |
| | | | Value $        1,519,500.00 | | | | 91,000.00 | Unknown |
| Account No. **001-007** | | | 6/16/2005 | | | | | |
| Sterling National Bank Leasing PO Box 1570 Church Street Station New York, NY 10008-1570 | X | - | title lien 2006 Mack VC713 dump truck EZ01 | | | | | |
| | | | Value $        112,000.00 | | | | 107,804.00 | 0.00 |
| Account No. **0031180-000** | | | 7/20/2006 | | | | | |
| SunBridge Capital PO Box 870890 Kansas City, MO 64187-0890 | X | - | title lien 2007 Peterbilt 335 dump truck EZ52 | | | | | |
| | | | Value $        90,000.00 | | | | 135,000.00 | 45,000.00 |
| Account No. | | | additional notice address | | | | | |
| Sunbridge Capital, Inc. c/o David G. Crockett, P.C. 100 Peachtree St; #1950 Atlanta, GA 30303 | | | | | | | | |
| | | | Value $        0.00 | | | | 0.00 | 0.00 |

Sheet **11** of **12** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                    398,804.00        45,000.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6D (10/06) - Cont.

In re    **M & A Homes, LLC**                                                      Case No.   **07-66511-pwb**
_____
                                Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **999-0837597** | | | | | 3/25/2006 | | | | | |
| **Trinity** **PO Box 515487** **Los Angeles, CA 90051-6787** | X | - | | | title lien 2006 Peterbilt 335 dump truck EZ51 | | | | | |
| | | | | | Value $            **80,000.00** | | | | **90,000.00** | **10,000.00** |
| Account No. | | | | | deed to secure debt | | | | | |
| **Vanessie Johnson** **117 White Tail Lane** **Warner Robins, GA 31088** | | - | | | 154 Walker Street SW, Atlanta, GA 30303 | | | | | |
| | | | | | Value $            **699,000.00** | | | | **25,000.00** | **Unknown** |
| Account No. | | | | | deed to secure debt | | | | | |
| **Vanessie Johnson** **117 White Tail Lane** **Warner Robins, GA 31088** | | - | | | 154 Walker Street SW, Atlanta, GA 30303 | | | | | |
| | | | | | Value $            **699,000.00** | | | | **10,000.00** | **Unknown** |
| Account No. | | | | | deed to secure debt | | | | | |
| **William W. Noel III** **10932 Stuart Mill Road** **Oakton, VA 22124** | | - | | | 25 Ormond Street, Atlanta, GA 30312; 45 Ormond Street, Atlanta, GA 30312; 154 Walker Street SW, Atlanta, GA 30303; 14-0085-0010-019 Gregg Street, Atlanta, GA 30312; and 72 Gregg Street, Atlanta, GA 30312 | | | | | |
| | | | | | Value $          **1,519,500.00** | | | | **130,000.00** | **Unknown** |
| Account No. | | | | | deed to secure debt | | | | | |
| **Willie McCormick** **119 Cherokee Forest Trail** **Warner Robins, GA 31088** | | - | | | 154 Walker Street SW, Atlanta, GA 30303 | | | | | |
| | | | | | Value $            **699,000.00** | | | | **5,000.00** | **Unknown** |

Sheet  **12**  of  **12**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **260,000.00** | **10,000.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **10,495,425.24** | **117,391.60** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6E (4/07)

In re __**M & A Homes, LLC**_____,    Case No. __**07-66511-pwb**_____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__0____ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Official Form 6F (10/06)

In re   **M & A Homes, LLC**                                    Case No.   **07-66511-pwb**
_____                        _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Ezell Developments, LLC Marshall Ezell 1300 Spring Street Atlanta, GA 30309** | | - | | | | | | 395,998.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| **0**   continuation sheets attached | Subtotal (Total of this page) | 395,998.00 |
| | Total (Report on Summary of Schedules) | 395,998.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                   S/N:21149-070329   Best Case Bankruptcy

Form B6G
(10/05)

In re   **M & A Homes, LLC** _____,      Case No. ___**07-66511-pwb**_____
                                    Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

__0__    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6H
(10/05)

In re   **M & A Homes, LLC**                                                                        Case No.   __07-66511-pwb__

Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Marshall Ezell Jr.**<br>**4557 Chamblee Tucker Road**<br>**Tucker, GA 30084** | **Sterling National Bank Leasing**<br>**PO Box 1570**<br>**Church Street Station**<br>**New York, NY 10008-1570** |
| **Marshall Ezell Jr.**<br>**4557 Chamblee Tucker Road**<br>**Tucker, GA 30084** | **Santa Barbara Bank & Trust**<br>**Leasing Division**<br>**PO Box 60607**<br>**Santa Barbara, CA 93160-0607** |
| **Marshall Ezell Jr.**<br>**4557 Chamblee Tucker Road**<br>**Tucker, GA 30084** | **Pentech Financial Services Inc**<br>**PO Box 712492**<br>**Cincinnati, OH 45271** |
| **Marshall Ezell Jr.**<br>**4557 Chamblee Tucker Road**<br>**Tucker, GA 30084** | **Mack Commercial Finance**<br>**PO Box 7247-0236**<br>**Philadelphia, PA 19170-0236** |
| **Marshall Ezell Jr.**<br>**4557 Chamblee Tucker Road**<br>**Tucker, GA 30084** | **Mack Commercial Finance**<br>**PO Box 7247-0236**<br>**Philadelphia, PA 19170-0236** |
| **Marshall Ezell Jr.**<br>**4557 Chamblee Tucker Road**<br>**Tucker, GA 30084** | **Mack Commercial Finance**<br>**PO Box 7247-0236**<br>**Philadelphia, PA 19170-0236** |
| **Marshall Ezell Jr.**<br>**4557 Chamblee Tucker Road**<br>**Tucker, GA 30084** | **CitiCapital**<br>**PO Box 6229**<br>**Carol Stream, IL 60197-6229** |
| **Marshall Ezell Jr.**<br>**4557 Chamblee Tucker Road**<br>**Tucker, GA 30084** | **Equilease Financial Services**<br>**50 Washington Street**<br>**South Norwalk, CT 06845** |
| **Marshall Ezell Jr.**<br>**4557 Chamblee Tucker Road**<br>**Tucker, GA 30084** | **Trinity**<br>**PO Box 515487**<br>**Los Angeles, CA 90051-6787** |
| **Marshall Ezell Jr.**<br>**4557 Chamblee Tucker Road**<br>**Tucker, GA 30084** | **SunBridge Capital**<br>**PO Box 870890**<br>**Kansas City, MO 64187-0890** |
| **Marshall Ezell Jr.**<br>**4557 Chamblee Tucker Road**<br>**Tucker, GA 30084** | **BB&T Equipment Finance**<br>**PO Box 31273**<br>**Charlotte, NC 28231-1273** |

__1__   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

In re    **M & A Homes, LLC**                                    Case No.    __07-66511-pwb__
_____,
Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Marshall Ezell Jr.**<br>**4557 Chamblee Tucker Road**<br>**Tucker, GA 30084** | **Key Equipment Finance Inc**<br>**600 Travis Suite 1300**<br>**Houston, TX 77002** |
| **Marshall Ezell Jr.**<br>**4557 Chamblee Tucker Road**<br>**Tucker, GA 30084** | **Hitachi Capital America Corp**<br>**21925 Network Place**<br>**Chicago, IL 60673-1219** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form 6-Summary (10/06)

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re    **M & A Homes, LLC**

Debtor

Case No.    **07-66511-pwb**

Chapter    **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,565,000.00 | | |
| B - Personal Property | Yes | 4 | 1,325,000.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 13 | | 10,495,425.24 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 395,998.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 2,890,000.00 | | |
| Total Liabilities | | | | 10,891,423.24 | |

Official Form 6 - Statistical Summary (10/06)

# United States Bankruptcy Court
## Northern District of Georgia,  Atlanta Division

In re    **M & A Homes, LLC**                                    Case No.    **07-66511-pwb**
                                                                Debtor

                                                                Chapter                    **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re **M & A Homes, LLC** _____ Case No. _____
                                   Debtor(s)               Chapter   **11** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___*25*___ sheets [total shown on summary page plus 1], and that they are true and correct to the best of my knowledge, information, and belief.

Date ___*5/21/2007*___        Signature _____

                                      Marshall C. Ezell, III
                                      Managing Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Northern District of Georgia, Atlanta Division**

In re    M & A Homes, LLC

_____
                                    Debtor

Case No._____

Chapter_____11_____


# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Marshall C. Ezell, III<br>4557 Chamblee Tucker Road<br>Tucker, GA 30084 | | sole member | |


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___5/21/2007_____                    Signature_____

                                                    Marshall C. Ezell, III
                                                    Managing Member

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

SUPPLEMENTAL MATRIX


Bobby K. Hilliard
6255 Campbleton Road
Atlanta, GA 30331

## <u>CERTIFICATE OF SERVICE</u>

I certify that I have this date served the following parties with a copy of the attached documents by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

United States Trustee
362 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia, 30303

M & A Homes, LLC
Marshall Ezell
4557 Chamblee Tucker Road
Tucker, GA 30084

This the 22nd day of May, 2007.

_____
Paul Reece Marr (471230)

−2−

```
             U. S. BANKRUPTCY COURT
          NORTHERN DISTRICT OF GEORGIA
                ATLANTA DIVISION

             # 01103101 - YM
              May 22, 2007


Code       Case No      Qty      Amount By

AM1        07-66511      1        $26.00 CK
   Judge  - Paul W. Bonapfel
   Debtor - M & A HOMES, LLC


TOTAL:                            $26.00


FROM: Paul Reece Marr
      300 Galleria Parkway, N.W.
      Atlanta, GA 30339
```

Page 1