UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| M & A HOMES, LLC | : | CASE NO. 07-66511 pwb |
| | : | |
| | : | CHAPTER 7 |
| | : | |
| DEBTOR. | : | JUDGE BONAPFEL |

UNITED STATES TRUSTEE'S REPORT OF
UNDISPUTED TRUSTEE ELECTION

COMES NOW the United States Trustee for Region 21, in furtherance of her administrative responsibilities imposed pursuant to 28 U.S.C. § 586(a) and Rule 2003(d), and respectfully submits her Report of Undisputed Trustee Election. In support thereof, the United States Trustee represents as follows:

1.  After the Court entered its order converting this case to one under chapter 7 of the Bankruptcy Code, the United States Trustee appointed William J. Layng as interim trustee on July 10, 2007, and scheduled the first meeting of creditors under 11 U.S.C. §341 for August 7, 2007.

2.  At the first meeting of creditors held on August 7, 2007, unsecured creditors present and entitled to vote under 11 U.S.C. §702(a), and holding in excess of 20 percent in amount of the claims specified in 11 U.S.C. §702(a)(1), requested the election of a chapter 7 trustee.

      3.  Assistant United States Trustee Guy G. Gebhardt presided over the election.

      4.  The unsecured creditors present elected

> Ian Ratner
> GlassRatner
> 3391 Peachtree Road, Suite 330
> Atlanta, GA 30326

WHEREFORE, the United States Trustee respectfully submits her Report of Undisputed Trustee Election.

          FELICIA S. TURNER
          UNITED STATES TRUSTEE
          REGION 21


          _____/s/_____
          GUY G. GEBHARDT
          ASSISTANT UNITED STATES TRUSTEE
          Georgia Bar No.  288550

Office of the United States Trustee
362 Richard B. Building
75 Spring Street
Atlanta, GA 30303
404-331-4437
Guy.Gebhardt@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the attached UNITED STATES TRUSTEE'S REPORT OF UNDISPUTED TRUSTEE ELECTION was sent by U.S. Mail properly addressed and with correct postage, to the following:

M & A Homes, LLC
4557 Chamblee Tucker Rd
Tucker, GA 30084

Paul Reece Marr
Paul Reece Marr, PC
300 Galleria Parkway, N.W.
Suite 960
Atlanta, GA 30339

William J. Layng, Jr.
Pendergast & Jones, PC
South Terraces, Suite 1000
115 Perimeter Center Place
Atlanta, GA 30346

William Sugden, Esq.
4200 One Atlantic Center
1201 West Peachtree St., NW
Atlanta, GA 30309

Paul Rogers, Esq.
40 Technology Parkway South
Suite 300
Norcross, GA 30092

Morris Adams
40 Ellington Way
Covington, GA 30016

George M. Geeslin, Esq.
Building 8 Piedmont Center
Suite 550
3525 Piedmont Road
Atlanta, GA 30305

Craig B. Lefkoff, Esq.
5555 Glenridge Connector
Suite 900
Atlanta, GA 30342

David W. Cranshaw
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

Johnny B. Wilson
106 Oklahoma Ave.
Warner Robins, GA 31093

Vanessie Johnson
117 White Tail Lane
Warner Robins, GA 31088

Jacqueline Henderson-Pitts
121 Crystal Ridge Circle
Byron, GA 31008

Linda Brown
55 Hunters Crossing
Covington, GA 30016

      DONE this 7th day of August, 2007.

                                      /s/
                          GUY G. GEBHARDT
                          Assistant United States Trustee
                          Georgia Bar No. 288550

Office of the U. S. Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA  30303
(404) 331-4437
Guy.Gebhardt@usdoj.gov