## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 07-66511-pwb** |
| | ) | |
| **M & A HOMES, LLC,** | ) | **Chapter 7** |
| | ) | |
| **Debtor.** | ) | **JUDGE BONAPFEL** |

### NOTICE OF PROPOSED ABANDONMENT OF PROPERTY

COMES NOW Ian Ratner, duly appointed Trustee in Bankruptcy in the above-styled Chapter 7 case ("Trustee"), pursuant to 11 U.S.C §554 and Fed.R.Bankr.P. 6007, and hereby gives notice of the Trustee's intent to abandon the following real and personal property of the Debtor's bankruptcy estate (the "Property"):

### Real Property

33 Ormond Street, Atlanta, GA 30312

(Creditor Moynihan has a perfected security deed dated 3/1/2005 in property which exceeds the estimated value).

### Personal Property

(5 Dump trucks listed below – Estimated disposal costs for all exceed the estimated value. Further, the Trustee does not have possession.)

2006 Mack VC713, ID: EZ01, Unknown VIN #

2006 Peterbuilt 335, ID: EZ51, Unknown VIN#

2007 Mack VC713, ID: EZ16, VIN: 1M2AG11C37M060478, Claim #23 filed, but no relief from stay sought.

2007 Mack CL733, ID: EZT1, Unknown VIN#

2007 LKING 503, ID: EZTR, Unknown VIN#

The Trustee believes the Property is of little or no value to the estate, and the expense of maintaining the Property and/or realizing value would be burdensome to the estate.

NOTICE IS HEREBY GIVEN that any party in interest who objects to the proposed abandonment must file a written objection, stating the grounds therefore, within fifteen (15) days from the date of this Notice, at the office of the  Clerk of the Bankruptcy Court at Room 1340, United States Courthouse, 75 Spring Street, SW, Atlanta, Georgia 30303. (or by utilizing the Court's ECF electronic filing system, if authorized to do so).  The objecting party must serve a copy of the objection upon counsel for the Trustee at the address listed below, and must advocate the objection at a hearing to be set by the Court upon notice to the Trustee, the United States Trustee and the objecting party.  In the event no objection is timely filed, the Property shall be deemed abandoned and the Trustee may dispose of the Property accordingly, without any further notice, hearing or Order of the Court.

This 21st day of August, 2009.

Respectfully submitted,

SCROGGINS & WILLIAMSON

   /s/   J. Robert Williamson
J. ROBERT WILLIAMSON
1500 Candler Building                          Georgia Bar No. 765214
127 Peachtree Street, NE                       Counsel for the Trustee
Atlanta, GA 30303
(404) 893-3880

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and Foregoing **Notice of Proposed Abandonment of Property** by depositing same in the United States Mail in an envelope with adequate postage affixed thereto to assure delivery addressed to the attached service list and to:

Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA  30303

This 21st day of August, 2009.

Respectfully submitted,

SCROGGINS & WILLIAMSON

 /s/   J. Robert Williamson
J. ROBERT WILLIAMSON
Georgia Bar No. 765214
Counsel for the Trustee

1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 893-3880

Label Matrix for local noticing
113E-1
Case 07-66511-pwb
Northern District of Georgia
Atlanta
Fri Aug 21 14:29:16 EDT 2009

Associates First Capital Corporation
% R. Michael Thompson
40 Technology Parkway South
Suite 300
Norcross, GA 30092-2924

BB&T Equipment Finance Corp.
c/o Michael F. Hanson
3350 Riverwood Parkway
Suite 1900
Atlanta, GA 30339-3372

Branch Banking & Trust Company, Its Successo
Raymond S. Martin, P.C.
990 Hammond Drive
Bldg. 1, Suite 800
Atlanta, GA 30328-5529

Capital Mortgage Corporation and First Finan
c/o The Wachter Law Firm
106 Hammond Drive NE
Atlanta, GA 30328-4806

GE Money Bank
25 S.E. Second Avenue
Ingraham Building
Suite 1120
Miami, FL 33131-1605

GlassRatner Advisory & Capital Group, LLC
Suite 110
3391 Peachtree Rd.
Atlanta, GA 30326-1014

Mack Financial Services, a division of VFS U
7025 Albert Pick Road STE 105 (27409)
P O Box 26131
Greensboro, NC 27402-6131

Office of U.S. Trustee
75 Spring St.
362 Richard B. Russell Bldg.
Atlanta, GA 30303

(p)PENTECH FINANCIAL SERVICES INC
240 E HACIENDA AVE
STE 100
CAMPBELL CA 95008-6617

Santa Barbara Bank & Trust, A Division of Pa
c/o Simpson Law Offices, LLP
P.O. Box 550105
Atlanta, GA 30355-2605

Sunbridge Capital, Inc.
c/o David G. Crockett P.C.
100 Peachtree Street, N.W, Suite 1950
Atlanta, GA 30303-1919

Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303-3315

432, LLC
c/o William Sugden, Esq.
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

72 Gregg, LLC
c/o William Sugden, Esq.
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

890, LLC
c/o Candice Smith, Esq.
1201 West Peachtree Street
Atlanta, GA 30309-3449

890, LLC
c/o Seth G. Weissman, Reg Agnt
3500 Lenox Road; 4th Floor
Atlanta, GA 30326-4228

ASSOCIATES FIRST CAPITAL CORPORATION
1615 BRETT RD, BOX 6449
NEW CASTLE DE 19720-2425

Augustus Stager
2550 Scio Road
Dexter, MI 48130-9458

Augustus Stager
95 Enterprise Drive
Ann Arbor, MI 48103-9503

Augustus Stager, III
c/o George M. Geeslin, Esq.
Eight Piedmont Center, Suite 550
3525 Piedmont Road, N.E.
Atlanta, Georgia 30305-1578

BB&T Bankruptcy Section
PO Box 1847
Wilson, NC  27894-1847

Bobbie Malone
441 Winters Park Lane
Powder Springs, GA 30127-6791

Bobby K. Hilliard
6255 Campbellton Road
Atlanta, GA 30331-8044

Brad Mitchell
Tehuti Hetep Enterprises, Inc.
1509 Golf Link Drive
Stone Mountain, GA 30088-3710

Bruce Bastian
1830 Ontario Place
Washington, DC 20009-2109

Capital Mortgage Corporation
102 Hammond Drive
Atlanta, GA 30328-4806

CitCapital
PO Box 6229
Carol Stream, IL 60197-6229

David Lindenauer
3645 Beach Drive Blvd.
Edgewater, MD 21037-3522

Dolores F. Stern
20191 E. Country Club Drive
#1709
Miami, FL 33180-3020

EFS Credit Trust
50 Washington Street, 10th Floor
South Norwalk, CT 06854-2710

Ed Hicks
47786 Tupele Ct.
Sterling, VA 20165-4798

Equilease Financial Services
50 Washington Street
South Norwalk, CT 06854-2736

Ezell Developments, LLC
Marshall Ezell
1300 Spring Street
Atlanta, GA 30309-2810

First Financial Funding, Inc.
102 Hammond Drive
Atlanta, GA 30328-4806

Francois Bitz
1640 Pleasant Hill Rd.
Baden, PA 15005-2518

Francois Bitz
c/o George M. Geeslin, Esq.
Eight Piedmont Center, Suite 550
3525 Piedmont Road, N.E.
Atlanta, Georgia 30305-1578

Frank T. Shull IV
Maryland Financial Consultants
1040 Stable Lane
Potomac, MD 20854

Greg Feldman
5805 Highlan Dr.
Chevy Chase, MD 20815-5531

Hitachi Capital America Corp
21925 Network Place
Chicago, IL 60673-1219

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

J. Eric Joseph
216 West Street NW
Vienna, VA 22180-4415

Jacqueline Henderson-Pitts
121 Crystal Ridge Cir
Byron, GA 31008-3645

Jane P  Sturgis
57 S Allwood Drive
Hanover, PA 17331-7796

Jane P. Sturgis
4806 Davron Street
Laurel, MD 20707-3106

Jerry Halpin
1600 Anderson Road
Mc Lean, VA 22102-1607

John F. Metcalfe
5095 Kings Road
Saint Leonard, MD 20685-3042

Johnny B. Wilson
106 Oklahoma Avenue
Warner Robins, GA 31093-2426

Joseph J. Labadia
924 Kings Court NE
Atlanta, GA 30306-3431

Kenneth Johnson
PO Box 370186
Decatur, GA 30037-0186

Kerry Moynihan
1574 Villa Lane
Mc Lean, VA 22101

Kerry Moynihan
c/o David W. Cranshaw, Esq.
3343 Peachtree Road, NE; #1600
Atlanta, GA 30326-1429

Kerry Moynihan
c/o David W. Cranshaw, Esq.
Morris, Manning & Martin, LLP
3343 Peachtree Road, N.E., Ste 1600
Atlanta, Georgia 30326-1044

Key Equipment Finance Inc
600 Travis Suite 1300
Houston, TX 77002-3005

Key Equipment Finance Inc.
1000 S. McCaslin Blvd
Superior, CO 80027-9456

Kingman Brown
8903 Bells Mill Rd.
Potomac, MD 20854-2220

Kingsman B. & Ann M. Brown
8903 Bells Mill Road
Potomac, MD 20854-2220

Kirshnan Rajagopalan
9429 Spruce Tree Circle
Bethesda, MD 20814-1654

Linda Brown
55 Hunters Crossing
Covington, GA 30016-8035

Linda Johnson
117 white Tail Ln
Warner Robins, GA 31088-2799

Linda Johnson
1235 Town & Country Rd.
#23
Orange, CA 92868-4611

M & A Homes, LLC
4557 Chamblee Tucker Road
Tucker, GA 30084-2247

Mack Commercial Finance
PO Box 7247-0236
Philadelphia, PA 19170-0001

Mack Financial Services, a division of VFS U
P.O. Box 26131
7025 Albert Pick Road, Ste. 105
Greensboro, NC 27409-9519

Mack Financial Services, a division of VFS U
P.O. Box 26131
Greensboro, NC 27402-6131

Mark P. Shaw
11052 Scotts Landing Road
Laurel, MD 20723-2020

Marshall Ezell Jr.
4557 Chamblee Tucker Road
Tucker, GA 30084-2247

Michael Kane
1015 33rd Street
Washington, DC 20007-3523

Michael Kane
c/o George M. Geeslin, Esq.
Eight Piedmont Center, Suite 550
3525 Piedmont Road, N.E.
Atlanta, Georgia 30305-1578

Morris Adams
40 Ellington Way
Covington, GA 30016-1354

Pat Strauss
5812 Chevy Chase Pkwy
Washington, DC 20015-2524

Pat Strauss
c/o George M. Geeslin, Esq.
Eight Piedmont Center, Suite 550
3525 Piedmont Road, N.E.
Atlanta, Georgia 30305-1578

Patsy Howard
1212 E. 149th Street
Compton, CA 90220-1305

RB&T Equipment Finance
PO Box 31273
Charlotte, NC 28231-1273

Raymond A. Serway
18379 Inverrary Circle
Leesburg, VA 20176-3956

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Renny Perdue
1584 Brass Lantern Way
Reston, VA 20194-1223

Richard C. Mattingly
5202 Grinnell Street
Fairfax, VA 22032-3412

Robert D. Perholtz
7095 SE Twin Oaks Circle
Stuart, FL 34997-4729

Roman Matijkiw
1125 Walker Road
Great Falls, VA 22066-1816

Roman Matijkiw
c/o George M. Geeslin, Esq.
Eight Piedmont Center, Suite 550
3525 Piedmont Road, N.E.
Atlanta, GA 30305-1578

Russ Wilson
785 West Elati Circle
Littleton, CO 80120-4184

Russ Wilson
c/o George M. Geeslin, Esq.
Eight Piedmont Center, Suite 550
3525 Piedmont Road, N.E.
Atlanta, GA 30305-1578

Santa Barbara Bank & Trust
Leasing Division
PO Box 60704
Santa Barbara, CA 93160-0704

Scott Zarkiewicz
9 South Hoilybrook
Toms River, NJ 08753-2616

Sherson Corp.
2050 Spectrum Blvd.
Ft. Lauderdale, FL 33309-3799

Sphercon Corp.
2050 SDpectrum Blvd.
Ft. Lauderdale, FL 33309-3799

Sterling National Bank Leasing
PO Box 1570
Church Street Station
New York, NY 10008-1570

SunBridge Capital
PO Box 870890
Kansas City, MO 64187-0890

Sunbridge Capital, Inc.
c/o David G. Crockett, P.C.
100 Peachtree St; #1950
Atlanta, GA 30303-1919

Trinity
PO 'Box 515487
Los Angeles, CA 90051-6787

Unique Trucking & Equipment, Inc
c/o William Dougal
6759 Marbut Rd
Lithonia, GA 30058-5235

Vanessie Johnson
117 White Tail Lane
Warner Robins, GA 31088-2799

William Sugden, Esq.
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

William W. Noel IIT
10932 Stuart Mill Road
Oakton, VA 22124-1037

Willie McCormick
103 Mossy Ridge
Warner Robins, GA 31088-1661

Ian Ratner
Glass Ratner
Suite 330
3391 Peachtree Road
Atlanta, GA 30326-1014

Paul Reece Marr
Paul Reece Marr, P.C.
300 Galleria Parkway, N.W.
Suite 960
Atlanta, GA 30339-5949

Roman Matijkiw

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Pentech Financial Services, Inc.
222 SW Columbia Street
Portland, Or 97201

INTERNAL REVENUE SERVICE
401 W PEACHTREE ST, NW
STOP 334D
ATLANTA,GA 30308-3539

(d)Pentech Financial Services Inc
222 SW Columbia St
Ste 1000
Portland, OR 97201

R. Michael Thompson
Thompson, O'Brien, Kemp
& Nasuti, P.C.
40 Technology Pkwy. South
Suite 300
Norcross, GA  30092

Kathleen Horne
Inglesby, Falligant, Horne,
Courington & Chisholm, P.C.
P. O. Box 1368
Savannah, GA  31402

Sarah A. Wyeth
Raymond S. Martin, P.C.
900 Hammond Drive
Suite 800
Atlanta, GA  30328